UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>DAVID R. FOLEY, et al.,<br><br>Defendants. | Case No. 23-cv-01029-RS<br><br>**ORDER** |

The previously assigned magistrate judge issued an order requiring defendants to show cause in writing filed by March 24, 2023, why this case should not be remanded to state court, on grounds that there is no federal removal jurisdiction over this unlawful detainer action on the basis of either federal question or diversity of citizenship. This order reaffirms that obligation and deadline notwithstanding the reassignment. In the event defendants do not respond, the case will be remanded without further notice.

**IT IS SO ORDERED**.

Dated: March 17, 2023

_____
RICHARD SEEBORG
Chief United States District Judge