1
2
3
4
5
6
7                         UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA BANK          Case No.  23-cv-01029-RS
     NATIONAL ASSOCIATION,

11                  Plaintiff,

12         v.                               **ORDER REMANDING ACTION**

13   DAVID R. FOLEY, et al.,

14                  Defendants.

15

16         This is an unlawful detainer action brought in Santa Clara Superior Court and removed

17   here by defendant David R. Foley with the consent of defendant Lisa L. Foley. Foley asserted

18   removal jurisdiction existed based on both the existence of federal questions and diversity of

19   citizenship between the parties. Foley's claim of federal questions, however, was based on the

20   existence of a separate complaint he has filed against US Bank National Association and others

21   involving the same property, which is now pending in this court as Case No. 3:23-cv-00877-VC.[1]

22         The magistrate judge to which this case was initially assigned upon removal issued an

23   order to show cause that included a clear and detailed explanation of why there is no removal

24   jurisdiction here based on either federal question or diversity. Foley's response to the order to

25   _____

26   [1] In Case No. 3:23-cv-00877-VC, Foley filed, but did not properly notice a "motion to
     consolidate" that case with this one. That motion appears dormant, but is not procedurally
27   appropriate in any event. Foley could have sought to have the two cases related under Civil Local
     Rule 3-12. In light of the clear lack of jurisdiction over this case, however, it will not be referred
28   for a related case determination.

United States District Court
Northern District of California

1  show cause fails to show otherwise.

2          In short, there is no jurisdiction based on federal question because the complaint in this

3  action is based solely on state law. That Foley contends he may have defenses or related

4  affirmative claims against plaintiff arising under federal law is simply not relevant. Furthermore,

5  there is no jurisdiction based on diversity because even assuming the amount in controversy

6  requirement could be satisfied notwithstanding case law to the contrary, 28 U.S.C. § 1441 (b)(2)

7  precludes removal where a defendant is a citizen of the state in which the action was brought.

8  There is no dispute that the Foleys are California citizens, and therefore not entitled to remove on

9  the basis of diversity. This action is remanded to Santa Clara Superior Court.

10

11  Dated: March 27, 2023

12  _____

13  RICHARD SEEBORG
   Chief United States District Judge

United States District Court
Northern District of California

Case No. 23-cv-01029-RS